Firm No. 60938

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA BRUNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-07338 |
| WAL-MART STORES, INC., an foreign corporation, | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS ACTION**

IT IS HEREBY stipulated and agreed by and between the Plaintiff, LINDA BRUNSON, and the Defendant, WAL-MART STORES, INC., acting as their respective attorneys, that the action filed against the Defendant by the Plaintiff, LINDA BRUNSON is hereby dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. This court retains jurisdiction to adjudicate all liens.

Dated this 19th day of September, 2018.

_____
Benjamin B. Kelly
The Vrdolyak Law Group, LLC
Attorney for Plaintiff

_____
James P. Balog
O'Hagan Meyer, LLC
Attorney for Defendant